AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Jan 8 2026
Clerk, U.S. District Court
Western District of Texas

By: __MG__
　　　　Deputy

| | |
|---|---|
| **USA** § | |
| § | CRIMINAL COMPLAINT |
| vs. § | CASE NUMBER: **EP:26-M -00128(1)  ATB** |
| § | |
| **(1) JOSE MANUEL MARTINEZ-ALVARADO** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 07, 2026** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title  **8**  United States Code, Section(s)  **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Jose Manuel MARTINEZ-Alvarado, an alien to the United States and a citizen of Mexico was found approximately 0.63 miles west of the Paso del Norte Port of Entry in El Paso, Texas in the Western District of Texas.  From "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

　　　　　　　　　　　　　　　　　　　　/S/ SANCHEZ, ALFREDO
　　　　　　　　　　　　　　　　　　　　Signature of Complainant
　　　　　　　　　　　　　　　　　　　　Border Patrol Agent

January 8, 2026　　　　　　　　　　　　at　EL PASO, Texas
File Date　　　　　　　　　　　　　　　　　City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE　　　Signature of Judicial Officer

OATH TELEPHONICALLY SWORN
AT 01:10 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)

CONTINUATION OF CRIMINAL COMPLAINT - **EP:26-M -00128(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) JOSE MANUEL MARTINEZ-ALVARADO**

<u>FACTS   (CONTINUED)</u>

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on November 6, 2025 through Alexandria, Louisiana.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

<u>IMMIGRATION HISTORY:</u>

**The DEFENDANT has been deported 1 time(s), the last one being to MEXICO on November 6, 2025, through ALEXANDRIA, LA**

<u>CRIMINAL HISTORY:</u>

**08/09/2008, OMAHA,NEBRASKA, POSS OF CONTROLLED SUBSTANCE(F), CNV, 4 MONTHS JAIL.**
**08/09/2008, OMAHA,NEBRASKA, DUI(M), CNV, 6 Months Probation.**
**08/14/2021, OMAHA,NEBRASKA, BURGLARY(F), CNV, 360 DAYS JAIL.**